# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| TONYA HARRIS | Civil Action No. 1:26-cv-00680-DRC |
| Plaintiff, | |
| | Judge Douglas R. Cole |
| vs. | |
| APPLE INC. | |
| Defendant, | |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Christopher J. Hogan, of Zeiger, Tigges & Little LLP, enters his appearance in this action as co-counsel for Apple Inc.  Please serve all further pleadings and other papers in this action on the undersigned.

Respectfully submitted,

/s/ Christopher J. Hogan
Christopher J. Hogan (0079829)
ZEIGER, TIGGES & LITTLE LLP
8000 Walton Parkway, Suite 260
New Albany, Ohio 43054
(614) 365-9900
(Fax) (614) 365-7900
hogan@litohio.com

Attorney for Defendant Apple Inc.

## CERTIFICATE OF SERVICE

I certify that on July 21, 2026, a true and correct copy of the foregoing document was served on counsel for Plaintiff at the email addresses listed below via electronic mail.

GILLIAN L. WADE (Bar No. 229124)
gwade@waykayslay.com
SARA D. AVILA (Bar No. 263213)
sara@waykayslay.com
COLLINS KILGORE (Bar No. 295084)
ckilgore@waykayslay.com
MARC A. CASTANEDA (Bar No. 29900)
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Tonya Harris*

/s/ Christopher J. Hogan
Christopher J. Hogan (#0079829)

1091293

2