## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

TONYA HARRIS

              Plaintiff,

   vs.

APPLE INC.

              Defendant,

Civil Action No. 1:26-cv-00680-DRC

Judge Douglas R. Cole

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Christopher J. Hogan, trial attorney for Apple Inc. ("Apple"), in the above-referenced action, hereby moves the court to admit David R. Singh *pro hac vice* to appear and participate as counsel or co-counsel in this case for Apple.

Movant represents that David R. Singh is a member in good standing of the highest court of California as attested by the accompanying certificate from that court and that David R. Singh is not eligible to become a member of the permanent bar of this Court.  This Motion is accompanied by the required filing fee.

David R. Singh's relevant identifying information is as follows:

    Business telephone: 650-802-3000.

    Business fax: 650-802-3100.

    Business Address: 201 Redwood Shores Parkway, Redwood Shores, CA 94065.

    Business e-mail address: david.singh@weil.com.

**MOTION FOR ADMISSION *PRO HAC VICE***           **1**

Date: July 21, 2026

Respectfully submitted,

*/s/ Christopher J. Hogan*

Christopher J. Hogan (#79829)
ZEIGER, TIGGES & LITTLE LLP
8000 Walton Parkway, Suite 260
New Albany, Ohio 43054
(614) 365-9900
(614) 365-7900
hogan@litohio.com

Attorney for Defendant Apple Inc.

**MOTION FOR ADMISSION *PRO HAC VICE*** **2**

## CERTIFICATE OF SERVICE

I certify that on July 21, 2026, a true and correct copy of the foregoing document was served on counsel for Plaintiff at the email addresses listed below via electronic mail.

GILLIAN L. WADE (Bar No. 229124)
gwade@waykayslay.com
SARA D. AVILA (Bar No. 263213)
sara@waykayslay.com
COLLINS KILGORE (Bar No. 295084)
ckilgore@waykayslay.com
MARC A. CASTANEDA (Bar No. 29900)
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Tonya Harris*

*/s/ Christopher J. Hogan*
Christopher J. Hogan (#0079829)

1091290

**MOTION FOR ADMISSION *PRO HAC VICE*** 3

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 7/20/2026

**LICENSEE NAME:** David Ramraj Singh

**LICENSEE BAR NUMBER:** 300840

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/4/2014

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of David Ramraj Singh's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California
(See Sections 6006 and 6125, et seq., Business and Professions Code.)