# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| TONYA HARRIS<br><br>               Plaintiff,<br><br>  vs.<br><br>APPLE INC.<br><br>               Defendant, | Civil Action No. 1:26-cv-00680-DRC<br><br>Judge Douglas R. Cole |

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiff Tonya Harris and Defendant Apple Inc. (the "Parties") jointly write to advise the Court that they have reached an agreement in principle to settle this matter.   The Parties request that the Court vacate any upcoming deadlines while the Parties negotiate the settlement agreement and the performance of the settlement terms is pending.   Once the terms of the settlement are completed, the Parties shall file a Stipulation of Dismissal of the entire action with prejudice.

Date: July 21, 2026

Respectfully submitted,

*/s/ Christopher J. Hogan*

Christopher J. Hogan (#0079829)
ZEIGER, TIGGES & LITTLE LLP
8000 Walton Parkway, Suite 260
New Albany, Ohio 43054
(614) 365-9900
(624) 365-7900
hogan@litohio.com

Attorney for Defendant Apple Inc.

**JOINT NOTICE OF SETTLEMENT**                                                                                           1

## CERTIFICATE OF SERVICE

I certify that on July 21, 2026, a true and correct copy of the foregoing document was served on counsel for Plaintiff at the email addresses listed below via electronic mail.

GILLIAN L. WADE (Bar No. 229124)
gwade@waykayslay.com
SARA D. AVILA (Bar No. 263213)
sara@waykayslay.com
COLLINS KILGORE (Bar No. 295084)
ckilgore@waykayslay.com
MARC A. CASTANEDA (Bar No. 29900)
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Tonya Harris*

*/s/ Christopher J. Hogan*
Christopher J. Hogan (#0079829)

1091289

**JOINT NOTICE OF SETTLEMENT** 2