UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Tonya Harris | : | Case No. 1:26–cv–00680–DRC |
| | : | |
|      Plaintiff(s), | : | Judge Douglas R. Cole |
| v. | : | |
| | : | |
| Apple Inc | : | |
| | : | |
|      Defendant(s). | : | |

## NOTICE OF DEFICIENCY

As of July 21, 2026, the Court's docket reflects the filing of a **Motion for Leave to Appear Pro Hac Vice – #21** in the above case.

S.D. Ohio Civ. R. 83.3(e) governs motions for leave to appear pro hac vice and states in part:

> "Any attorney seeking this type of admission must do so by: (i) filing a motion for admission... in each case in which the attorney wishes to appear, with the motion signed by a permanent member of the bar; (ii) providing a certificate of good standing from the highest Court of a State or the District of Columbia that has been issued not more than six months prior to the date of the motion; and (iii) remitting any applicable admission fee."

The filing is deficient for the following reason(s):

> **Certificate of Good Standing.** The Certificate of Good Standing is not from the highest court of a state or the District of Columbia.

Please satisfy the above referenced deficiency(ies) **within 14 days**.

Please contact the Clerk's Office if you seek further assistance.

Office of the Clerk
Potter Stewart U.S. Courthouse
100 East Fifth St., Rm. 103
Cincinnati, Ohio 45202
513–564–7500
Clerks_Office@ohsd.uscourts.gov

July 21, 2026

**Richard W. Nagel**
**Clerk of Court**

by Deputy Clerk / kev