**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**TONYA HARRIS,**

**Plaintiff,**

**v.**

**APPLE INC.,**

**Defendant.**

**Case No. 1:26-cv-680**

**JUDGE DOUGLAS R. COLE**

**ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

Plaintiff Tonya Harris and Defendant Apple Inc., by and through their respective counsel, filed a Stipulation of Dismissal of Action with Prejudice (Doc. 26). Per the Stipulation, the parties have agreed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss the above-referenced case with prejudice and without an award of costs or fees to any party.

The Court, having considered the Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. The above-captioned lawsuit is hereby dismissed with prejudice.
2. Each party is to bear their own fees and costs.

**SO ORDERED.**

September 8, 2026
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**